ANNE BENNETT, *ET AL.*, PLAINTIFFS-PETITIONERS, v. HELEN GORDON, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Goldstein & Ballen* and *Mr. Paul O'Rourke* for the petitioners.

*Mr. Henry O. Habick, Mr. Edward C. Hillis, Messrs. Andora & Baron* and *Mr. Leopold A. Monaco* for the respondents.

September 17, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MONIQUE VON CLEEF, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Leonard Etz* and *Mr. Herald Price Fahringer* of the New York bar for the petitioners.

*Mr. Joseph P. Lordi* and *Mr. James R. Zazzali* for the respondent.

September 17, 1968. Denied.

CORNELL GROSSMAN, PLAINTIFF-PETITIONER, v. STATE OF NEW JERSEY, ROBERT BURKHARDT, SECRETARY OF STATE, DEFENDANT-RESPONDENT.

*Mr. Cornell Grossman, in propria persona.*

September 17, 1968. Denied.